**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6173**

_____

JACKIE MCKUBBIN, a/k/a Jack,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, Chief District Judge. (CR-95-5-V, CA-96-129-3-V)

_____

Submitted:  August 28, 1997        Decided:  September 16, 1997

_____

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jackie McKubbin, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for appointment of counsel, grant his motion to hear the appeal on the original record, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. McKubbin v. United States, Nos. CR-95-5-V; CA-96-129-3-V (W.D.N.C. Nov. 8, 1996; Jan. 22, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2